**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Donna Blake, )<br>         )<br>        Plaintiff,    )<br>v.                        )<br>                          )<br>Regent Asset Management Solutions,)<br>Inc.,                     )<br>                          )<br>        Defendant.    )<br>_____) | CV-09-463-TUC-DCB<br><br><br><br>**ORDER** |

   On December 30, 2009, Plaintiff, DONNA BLAKE (Plaintiff), filed an acceptance of Defendant's, REGENT ASSET MANAGEMENT SOULUTIONS, INC.'S (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $1,001.00 for alleged damages, together with the court costs, plus reasonable attorney fees incurred as of the date of the acceptance of the offer. The parties reached an agreement that the amount of attorneys' fees and costs would be $3,000.00.  On February 3, 2010, pursuant to Fed.R.Civ.P. 68, the Court entered JUDGMENT against Defendant in the sum of $1,001.00 for alleged damages and $3,000.00 in fees and costs.

   On April 13, 2010, Plaintiff filed a Motion for Enforcement of the Judgment and to date the Judgment has not been satisfied.

   Accordingly,

   IT IS ORDERED that the Motion to Enforce the Court's February 3, 2010 Judgment (Doc. No. 14) is GRANTED.  Defendant shall SHOW CAUSE in writing filed with this Court on or before July 30, 2010, why this Judgment has not been satisfied and why this Court should not impose

1 | additional attorney fees and impose sanctions for failure to comply with
2 | a Court Order.
3 |      DATED this 8th day of July, 2010.

David C. Bury
United States District Judge